```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGELA ARCHIBALD, as Personal  )
Representative of the Estate   )
of JAMES ARCHIBALD, Deceased,  )
                               )
     Plaintiff,                )
                               )
v.                             )   Case No. 18-cv-1101
                               )
NAVDEEP SINGH; and             )
ORBIT EXPRESS, INC.,           )
                               )
                               )
     Defendants.               )
```

## **COMPLAINT**

### JURSIDICTION

This matter is brought pursuant to the Diversity of Citizen Statute 28 U.S.C. Section 1332.

### COUNT I
(Negligence – Wrongful Death v. Navdeep Singh)

Comes now the Plaintiff, by and through her attorneys, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count I of her Complaint against the defendant, NAVDEEP SINGH, states:

1. That on or about May 25, 2017, the defendant Navdeep Singh was a citizen and resident of Brampton, Ontario Canada, not resident in the United States.

2. That on or about May 25, 2017, and at all times herein mentioned, the defendant Orbit Express, Inc. was a Canadian corporation, incorporated in Canada, with its principal place of

business in Brampton, Ontario, Canada, not resident in the United States.

    3.    That on or about May 25, 2017, and at all times herein mentioned, the decedent James Archibald was a citizen and resident of the State of Illinois.

    4.    That on or about May 25, 2017, Navdeep Singh was an employee of Orbit Express, Inc., and during the course of his employment was operating a truck and trailer in such a way that said truck and trailer were blocking both lanes of Illinois Route 16.

    5.    That on or about said date, decedent James Archibald was operating his vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

    6.    That the defendant Navdeep Singh was guilty of one or more of the following negligent acts or omissions:

        a)    Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

    7.    That James Archibald died on February 9, 2018 and Angela Archibald has been appointed representative of Decedent's estate.

    8.    That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, James Archibald died, and his next of kin have been permanently deprived of his love, companionship,

society, consortium, services, benefits, income and support, and they have suffered grief and sorrow and incurred and become liable for large sums of money in hospital, medical, funeral, and related expenses, all to their damage in a substantial amount.

WHEREFORE, Plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

COUNT II
(Negligence – Wrongful Death v. Orbit Express, Inc.)

Comes now the Plaintiff, by and through her attorneys, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count II of her Complaint against the defendant, ORBIT EXPRESS, states:

1.   That on or about May 25, 2017, the defendant Navdeep Singh was a citizen and resident of Brampton, Ontario Canada, not resident in the United States.

2.   That on or about May 25, 2017, and at all times herein mentioned, the defendant Orbit Express, Inc. was a Canadian corporation, incorporated in Canada, with its principal place of business in Brampton, Ontario, Canada, not resident in the United States.

3.   That on or about May 25, 2017, and at all times herein mentioned, the decedent James Archibald was a citizen and resident of the State of Illinois.

4. That on or about May 25, 2017, Navdeep Singh was an employee of Orbit Express, Inc., and during the course of his employment was operating a truck and trailer in such a way that said truck and trailer were blocking both lanes of Illinois Route 16.

5. That on or about said date, decedent James Archibald was operating his vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

6. That the defendant Navdeep Singh was guilty of one or more of the following negligent acts or omissions:

    a)  Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

7. That James Archibald died on February 9, 2018 and Angela Archibald has been appointed representative of Decedent's estate.

8. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, James Archibald died, and his next of kin have been permanently deprived of his love, companionship, society, consortium, services, benefits, income and support, and they have suffered grief and sorrow and incurred and become liable for large sums of money in hospital, medical, funeral, and related expenses, all to their damage in a substantial amount.

WHEREFORE, Plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

<u>COUNT III</u>
(Negligence – Survival v. Navdeep Singh)

Comes now the Plaintiff, by and through her attorneys, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count III of her Complaint against the defendant, NAVDEEP SINGH, states:

1.   That on or about May 25, 2017, the defendant Navdeep Singh was a citizen and resident of Brampton, Ontario Canada, not resident in the United States.

2.   That on or about May 25, 2017, and at all times herein mentioned, the defendant Orbit Express, Inc. was a Canadian corporation, incorporated in Canada, with its principal place of business in Brampton, Ontario, Canada, not resident in the United States.

3.   That on or about May 25, 2017, and at all times herein mentioned, the decedent James Archibald was a citizen and resident of the State of Illinois.

4.   That on or about May 25, 2017, Navdeep Singh was an employee of Orbit Express, Inc., and during the course of his employment was operating a truck and trailer in such a way that said truck and trailer were blocking both lanes of Illinois Route 16.

5. That on or about said date, decedent James Archibald was operating his vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

6. That the defendant Navdeep Singh was guilty of one or more of the following negligent acts or omissions:

    a) Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

7. That James Archibald died on February 9, 2018 and Angela Archibald has been appointed representative of Decedent's estate.

8. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, James Archibald was catastrophically injured and suffered painful and permanent injuries including brain damage, mental anguish, disability, disfigurement, and loss of a normal life up to the time of his death, and incurred hospital, medical and related expenses up to the time of his death, all to his damage in a substantial amount.

WHEREFORE, Plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

<u>COUNT IV</u>
(Negligence – Survival v. Orbit Express, Inc.)

Comes now the Plaintiff, by and through her attorneys, **KEEFE, KEEFE & UNSELL, P.C.**, and for Count IV of her Complaint against the defendant, ORBIT EXPRESS, INC., states:

1. That on or about May 25, 2017, the defendant Navdeep Singh was a citizen and resident of Brampton, Ontario Canada, not resident in the United States.

2. That on or about May 25, 2017, and at all times herein mentioned, the defendant Orbit Express, Inc. was a Canadian corporation, incorporated in Canada, with its principal place of business in Brampton, Ontario, Canada, not resident in the United States.

3. That on or about May 25, 2017, and at all times herein mentioned, the decedent James Archibald was a citizen and resident of the State of Illinois.

4. That on or about May 25, 2017, Navdeep Singh was an employee of Orbit Express, Inc., and during the course of his employment was operating a truck and trailer in such a way that said truck and trailer were blocking both lanes of Illinois Route 16.

5. That on or about said date, decedent James Archibald was operating his vehicle westbound on Route 16 when it collided with the vehicle owned and operated by defendants.

6. That the defendant Navdeep Singh was guilty of one or more of the following negligent acts or omissions:

    a) Negligently and carelessly parked his vehicle such that it blocked both lanes of traffic on Illinois Route 16.

7. That James Archibald died on February 9, 2018 and Angela Archibald has been appointed representative of Decedent's estate.

8. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of the defendant as aforesaid, James Archibald was catastrophically injured and suffered painful and permanent injuries including brain damage, mental anguish, disability, disfigurement, and loss of a normal life up to the time of his death, and incurred hospital, medical and related expenses up to the time of his death, all to his damage in a substantial amount.

WHEREFORE, Plaintiff demands judgment in an amount greater than SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), plus costs.

/s/Thomas Q. Keefe, Jr.
THOMAS Q. KEEFE, JR.
IL REG NO. 03123418
Attorney for Plaintiff

**KEEFE, KEEFE & UNSELL, P.C.**
**#6 Executive Woods Court**
**Belleville, IL  62226**
**618/236-2221 (Telephone)**
**618/236-2194 (Facsimile)**